No. D–2699. IN RE DISCIPLINE OF TEITELBAUM. Steven Usher Teitelbaum, of Albany, N. Y., is suspended from the practice

of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.